### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRI TOMLINSON, <br><br> Plaintiff, <br><br> vs. <br><br> COMBINED UNDERWRITERS LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 08-CV-259-TCK-FHM |

### **OPINION AND ORDER**

Plaintiff's Motion to Stay Determination of Actuarial Management Resources' Motion and Supplement for Attorney Fees [Dkt. 177] is before the undersigned United States Magistrate Judge.

The date for Plaintiff's response to Actuarial Management Resources' (AMR's) Motion for Attorney Fees, [Dkt. 147], and Supplement [Dkt. 167] was set for July 1, 2009. [Dkt. 175]. Contemporaneously with the filing of the instant motion, Plaintiff has filed a motion to compel compliance with the subpoenas Plaintiff served on the law firms that provided the legal services for which attorney fees are sought. [Dkt. 176]. That motion indicates that the law firms have resisted providing unredacted billing statements on a claim of privilege. Plaintiff asserts that without the unredacted billing statements, she is unable to make a meaningful response to the motion for fees.

The court finds that it is reasonable to hold Plaintiff's response to the motion for fees in abeyance until the motion to compel is resolved. Therefore, Plaintiff is relieved from filing a response to Actuarial Management Resources' (AMR's) Motion for Attorney Fees, [Dkt. 147], and Supplement [Dkt. 167] until the Court resolves her Motion to Compel Compliance with Subpoenas [Dkt. 176].

Plaintiff also requests that any decision on the motion for attorney fees be stayed until the entire case is resolved. A decision on that aspect of Plaintiff's motion to stay must await full briefing by the parties.

Plaintiff's Motion to Stay Determination of Actuarial Management Resources' Motion and Supplement for Attorney Fees [Dkt. 177] is GRANTED in part.

SO ORDERED this 2nd day of July, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE